UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARON JOHNSON | CIVIL ACTION |
| VERSUS | NO: 14-1620 |
| STATE OF LOUISIANA, ET AL. | SECTION: R(1) |

**ORDER**

The Court, finding that as of this date plaintiff has not filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the Court DISMISSES the plaintiff's complaint WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __14th__ day of October, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 9.